CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 22 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HERMAN D. YOUNG,<br>    Plaintiff, | Civil Action No. 7:06-cv-00501 |
| v. | **FINAL ORDER** |
| BLUE RIDGE REGIONAL JAIL<br>AUTHORITY ADMINISTRATOR,<br>et. al.,<br>    Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 28 U.S.C. § 1367(c), and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 22nd day of August, 2006.

_____
Senior United States District Judge

Dockets.Justia.com